UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALISON MICHELE CRUZ,
                      Plaintiff(s)

       -against-

RHYMESAYERS ENTERTAINMENT,
                      Defendant(s).
-------------------------------------------------------------X

23 civ 4606 (JGK)

## ORDER

The defendant, having failed to answer to the complaint or make an appearance in this case,

The plaintiff shall file default papers, pursuant to this Court's rules, by **November 6, 2023.** The conference scheduled for October 24, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

                                                         **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 18, 2023